| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE | CASE NUMBER |
|---|---|---|---|
| | | 2/06/2007 | 1:06-cr-00424-AW |

| NAME OF DEFENDANT | ADDRESS OF DEFENDANT | TELEPHONE NUMBER |
|---|---|---|
| James St. Clair | | |

| NAME(S) OF SURETY(ies) | ADDRESS(es) OF SURETY(ies) | TELEPHONE NUMBER(s) |
|---|---|---|

| NAME OF CUSTODIAN | RELATIONSHIP TO DEFENDANT | ADDRESS OF CUSTODIAN | TELEPHONE NUMBER |
|---|---|---|---|

| AMOUNT OF BOND | UNSECURED | SECURED BY | PROPER SECURITY POSTED | TO BE POSTED BY | TIME AND DATE OF NEXT APPEARANCE | COURTROOM |
|---|---|---|---|---|---|---|
| $5000.00 | 5000.00 | | | | 3/12/2007 at 9AM | |

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

1. Defendant shall immediately advise the court, defense counsel, the U.S. Attorney and/or the Yosemite Law Enforcement office in writing if arrested or cited by law enforcement officer.
2. Defendant shall appear at all proceedings as ordered by the court and shall surrender for service of any sentence imposed.
3. Defendant shall not commit any federal, state, or local crime.
4. Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513 on reverse side.
5. Defendant shall not travel outside the Eastern District of California, that is, these counties: Alpine, Amador, Butte, Calaveras, Colusa, El Dorado, Fresno, Glenn, Inyo, Kern, Kings, Lassen, Madera, Mariposa, Merced, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo, Yuba. See map on reverse side.
6. Defendant shall immediately advise the Court, Pretrial Services, Defense Counsel, and the U.S. Attorney in the writing of any change in address and telephone number.
X. Defendant shall report to and comply with the rules and regulations of the Pretrial Services Agency, and contact that agency by phone for further instructions on the first working day following your release from custody.
8. Defendant shall surrender all passports and visas to the Court by _____, and shall not apply for any other passports.
9. Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
10. Defendant shall remain in the custody of the custodian, _____, who agrees to supervise him/her and to report any violation of a release condition to the U.S. Marshal. If the custodian fails to do so he/she will be prosecuted for contempt of court.

[phone number box]

11. Defendant shall participate in drug/alcohol abuse rehabilitation/counseling and submit to drug testing as directed by Pretrial Services.
12. Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
X. [illegible]

Report to Pretrial Services before courtdate in Fresno

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith and if any cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

Arrest: A warrant for defendant's arrest will issue immediately and defendant may be detained without bail for the rest of the proceedings.

Defendant will be subject to consecutive sentences and fines as provided by law for jumping bail and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147 on reverse side.

We have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF DEFENDANT / SIGNATURE OF SURETY

SIGNATURE OF MAGISTRATE / DATE
[signatures] William M. Wunderlich

1. CLERK OF COURT — WHITE COPY

## UNITED STATES DISTRICT COURT

EASTERN         District of         CALIFORNIA