1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant, JAMES W. ST. CLAIR

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES GOVERNMENT,         )   CASE NO. 1:06-cr-00424-AWI
                                      )
11 |         Plaintiff,                )
                                      )   STIPULATION TO CONTINUE
12 |                                   )   MOTION HEARING TO
                                      )   JUNE 4, 2007
13 | vs                                )
                                      )
14 | JAMES W. ST. CLAIR,               )
                                      )
15 |         Defendant.                )
                                      )
16 |_____)

17     IT IS HEREBY STIPULATED by and between the Defendant, JAMES W. ST. CLAIR,

18 his Attorney of record, Carol Ann Moses, and the Assistant United State Attorney,

19 KAREN ESCOBAR, that the Motion Hearing in the above-captioned matter currently scheduled

20 for April 30, 2007, at 9:00 a.m. be continued until June 4, 2007 at 9:00 a.m.

21 Dated: April 20, 2007

22                                       By:  /S/ Carol Ann Moses
                                              CAROL ANN MOSES
23                                            Attorney for Defendant
                                              JAMES W. ST. CLAIR
24 Dated: April 20, 2007
                                         By:  /S/ Karen Escobar
25                                            KAREN ESCOBAR
                                              Assistant U.S. Attorney
26

27

28

1
STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER THEREON

* * * ORDER * * *

The Court, having reviewed the above request for a Continuance of the Motion Hearing until June 4, 2007 at 9:00 a.m. and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Motion Hearing for Defendant, JAMES W. ST. CLAIR, shall be continued to June 4, 2007 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   April 23, 2007**                              /s/ Anthony W. Ishii
                                                                        UNITED STATES DISTRICT JUDGE