McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-CR-0424 AWI |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| JAMES W. ST. CLAIR, | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant James W. St. Clair, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. One Stevens model 62 .22 caliber bolt action rifle, serial #0072101, and

   b. One hundred fifty rounds of .22 caliber ammunition.

2. The above-listed property was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of a

1  violation of 18 U.S.C. § 922(g)(1).

2       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
3  designee) shall be authorized to seize the above-listed property.
4  The aforementioned property shall be seized and held by the Bureau of
5  Alcohol, Tobacco, Firearms and Explosives, in its secure custody and
6  control.

7       4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21
8  U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith
9  shall publish at least once for three successive weeks in the <u>Fresno
10 Business Journal</u> (Fresno County), a newspaper of general circulation
11 located in the county in which the above-listed property was seized,
12 notice of this Order, notice of the Attorney General's intent to
13 dispose of the property in such manner as the Attorney General may
14 direct, and notice that any person, other than the defendant, having
15 or claiming a legal interest in the above-listed property must file a
16 petition with the Court within thirty (30) days of the final
17 publication of the notice or of receipt of actual notice, whichever
18 is earlier.

19            b.   This notice shall state that the petition shall be for
20 a hearing to adjudicate the validity of the petitioner's alleged
21 interest in the property, shall be signed by the petitioner under
22 penalty of perjury, and shall set forth the nature and extent of the
23 petitioner's right, title or interest in the property and any
24 additional facts supporting the petitioner's claim and the relief
25 sought.

26            c.   The United States may also, to the extent practicable,
27 provide direct written notice to any person known to have an alleged
28 interest in the property that is the subject of the Order of

Forfeiture, as a substitute for published notice as to those persons so notified.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   January 4, 2008**         /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE