```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                 )<br>       v.                              )<br>                                        )<br>JAMES W. ST. CLAIR,                     )<br>                                        )<br>            Defendant.                 )<br>_____) | 1:06-CR-0424 AWI<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on January 24, 2008, this Court entered an Amended Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) based upon the plea agreement entered into between plaintiff and defendant James W. St. Clair forfeiting to the United States the following property:

      a.    One Stevens model 62 .22 caliber bolt action rifle, serial #0072101, and

      b.    One hundred fifty rounds of .22 caliber ammunition.

AND WHEREAS, on March 13, 20, and 27, 2008, the United States published notice of the Court's Amended Preliminary Order of Forfeiture in the *Mariposa Gazette* (Mariposa County), a newspaper of general circulation located in the county in which the above-described property was seized.  Said published notice advised all

third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of defendant James W. St. Clair.

2.   All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3.   The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until they are disposed of according to law.

IT IS SO ORDERED.

**Dated:   May 2, 2008**               /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE